UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Judith Adela Fernandez Martinez,<br><br>                              Plaintiff,<br><br>                -against-<br><br>The Todd Sanfield Collection, LLC,<br><br>                            Defendant. | 25-CV-6031 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 4, 2025 Order, Dkt. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, by October 22, 2025. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 27 at 2:00 PM.**

      SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                         United States District Judge